IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Hall<br>5808 Blackhawk Drive<br>Bethesda, MD 20745,<br><br>    Plaintiff,<br><br>v.<br><br>J. Paul's D.C. LLC<br>1307 Wisconsin Avenue, NW<br>Washington, DC 20007<br><br>    and<br><br>Capital Restaurant Concepts, Ltd.<br>1307 Wisconsin Avenue, NW<br>Washington, DC 20007,<br><br>    Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>CASE NUMBER 1:05CV02097<br>JUDGE: John Garrett Penn<br>DECK TYPE: Personal Injury/Malpractice<br>DATE STAMP: 10/26/2005<br><br>JURY ACTION |

    Defendants J. Paul's D.C. LLC and Capital Restaurant Concepts, Ltd. (collectively "Defendants") through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the Superior Court for the District of Columbia, Civil Division, to this Court. As grounds for removal, Defendants state as follows:

    1.    Defendants are exercising their rights under 28 U.S.C. §§ 1332 and 1441 to remove this action currently pending before Judge Canan of the Superior Court for the District of Columbia, under the name and style of *Anthony Hall v. J. Paul's D.C. LLC and Capital Restaurant Concepts, Ltd.*, Civil Action No. 05-3993.

    2.    This action was initially filed in D.C. Superior Court on or about May 26, 2005. *See* Praecipe Pursuant to Rule 55(A)(2), attached hereto as Exhibit A. However, Plaintiff named the improper defendant and Defendants J. Paul's D.C. LLC and Capital Restaurant Concepts,

Ltd. did not receive notice of the lawsuit until September 27, 2005. *See id.* On or about October 21, 2005, a First Amended Complaint ("Amended Complaint") naming Defendants was filed. *See* Amended Complaint, attached hereto as Exhibit B. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446 (b).

3. Pursuant to the Amended Complaint, Plaintiff is a resident of Maryland. Defendant J. Paul's D.C. LLC is a business incorporated in the District of Columbia with a principal place of business in the District of Columbia. Defendant Capital Restaurant Concepts, Ltd. is a business incorporated in Delaware with its principal place of business in the District of Columbia. Plaintiff is seeking damages in the amount of $100,000.00. *See id* at 3.

4. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00.

5. As this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, removal of this action is appropriate pursuant to 28 U.S.C. § 1441.

6. No further proceedings have occurred in state court and a copy of all process, pleadings, motions, and orders that have been served upon Defendants in this case are attached hereto as Exhibits A and B. Defendants have not served any process, pleadings, motions, or orders on Plaintiff.

7. Promptly after filing this Notice of Removal, Defendants will serve a copy of this Notice upon Plaintiff and will file a copy with the clerk of the Superior Court for the District of Columbia in accordance with 28 U.S.C. § 1446 (d).

DATE: October 26, 2005

Respectfully submitted,

KRUPIN O'BRIEN LLC

By: *[signature]*

Ari Karen (DC Bar No. 457189)
Kara M. Maciel (DC Bar No. 477363)
Krupin O'Brien LLC
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
Phone: (202) 530-0700
Fax:    (202) 530-0703

Counsel for Defendants
J. Paul's D.C. LLC and
Capital Restaurant Concepts, Ltd.