IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division



ANTHONY HALL,        )
                     )
        Plaintiff    )
                     )
    vs.              )   Civil Action No. 05-3993
                     )   Judge Russell F. Canan
CAPITAL MANAGEMENT   )   Next Event: Scheduling Conference
AND DEVELOPMENT CORP.)          on October 7, 2005
                     )
        Defendant.   )
                     )

## PRAECIPE PURSUANT TO RULE 55(A)(2)

Plaintiff Anthony Hall and Defendant Capital Management and Development Corporation ("CMDC") and, by and through their undersigned counsel, hereby file this Praecipe pursuant to Rule 55(a)(2) and states as follows:

WHEREAS, on May 26, 2005, Plaintiff filed his Summons and Complaint against CMDC, asserting claims for injuries allegedly suffered as a result of a physical altercation with an employee of J. Paul's Restaurant in Georgetown on October 9, 2004;

WHEREAS, CMDC was not the proper corporate entity to be sued and, therefore, did not plead or otherwise defend the Complaint;

WHEREAS, the Clerk docketed an entry of default on September 21, 2005 against CMDC;

WHEREAS, the parties agree as follows:

1. The Clerk's entry of default in this case should be set aside and vacated against CMDC.

05 2097

FILED
OCT 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. Plaintiff will file an Amended Complaint within fourteen (14) calendar days of this Praecipe naming the proper corporate entity, J. Paul's DC, LLC, as the defendant.

3. J. Paul's DC, LLC or its corporate parent, Capital Restaurant Concepts, Ltd., never received actual notice of the lawsuit filed against CMDC until recently.

4. Following the filing of the Amended Complaint, Defendant will have twenty (20) calendar days to plead or otherwise respond.

5. Defendant agrees that if Plaintiff files the Amended Complaint within fourteen (14) calendar days of this Preacipe, Defendant will not assert a statute of limitations defense in this case.

Respectfully submitted,

ZAKROFF & ASSOCIATES, P.C.

By: _____
Robert Joel Zakroff (Bar No. T63337)
4337 Montgomery Avenue
Bethesda, MD 20814
(301) 986-5770
Counsel for Plaintiff

KRUPIN O'BRIEN, LLC

By: _____
Ari Karen (Bar No. 457189)
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
(202) 530-0700
(202) 530-0703 Facsimile
Counsel for Defendant

Date:   October 4, 2005

2

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of October 2005, a copy of the foregoing Praecipe Pursuant to Rule 55(a)(2) was served via U.S. Mail, first-class, on the following:

Robert Zakroff
4337 Montgomery Avenue
Bethesda, MD 20814

_____
Kara M. Maciel