## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Anthony Hall,

    Plaintiff

vs.

Capital Management and Development Corp.

    Defendant

Civil Action No 05-3993
Judge Russell F. Canan

FILED
CIVIL ACTIONS BRANCH
OCT 2 1 2005
Superior Court
of the District of Columbia
Washington, D.C.

### MOTION FOR LEAVE TO AMEND TO ADD TWO NECESSARY PARTIES

The Plaintiff, Anthony Hall by and through his attorney moves this Honorable Court for leave to amend the complaint to add two necessary parties and to drop the named defendant Pursuant to Rule 19 Superior Court Rules and as grounds therefore states as follows:

1. That the Plaintiff wishes to delete the name of Capital Management and Development Co as a Defendant. Upon information and belief that company has no relationship to the incident that occurred in the lawsuit and is currently out of business.

2. That the Plaintiff's counsel has been contacted by Attorney Ari Karen who has advised Plaintiff's counsel that the companies who should be the subject of this suit are J Paul's D. C. and its parent company Capital Restaurant Concepts. Ltd.

3. That the parties have agreed that Ari Karen will accept service for the Defendant's provided this motion is filed within 14 days of Plaintiff counsel's receipt of the praecipe filed by Attorney Karen. that the rules of Court permit three days for mail.

4. That Attorney Karen allegedly prepared the praecipe on October 4 2005. That adding the three days to that date entitles the Plaintiff to file this motion on the 21st of October 2005. This motion is being filed on that date.

5. The Defendant consented to this motion on October 4th 2005.

Wherefore the parties requests that the Defendants stated above be added as necessary parties.

05 2097

FILED
OCT 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Case: 2005 CA 003993

Respectfully submitted,

Robert Joel Zakroff
4337 Montgomery Ave.
Bethesda, Md. 20814
163337
301-986-5770

## CERTIFICATE OF SERVICE

I ROBERT Joel Zakroff hereby certify that I mailed a copy of the foregoing motion and amended complaint to Ari Karen 1156 Fifteenth St. NW. Suite 200, Washington, D. C. 20005

10/18/05

Robert Joel Zakroff

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HALL
5808 Blackhawk Drive.
Forest Heights, MD 20745

         Plaintiff,

       v.             CA No. 2005 CA 003993 B

J Paul's D. C. LLC
c/o Ari Karen atty
1156 Fifteenth Street, N. W
Washington, D. C. 20005

Suite 200

and

Capital Restaurant Concepts Ltd.
c/o Ari Karen
1156 Fifteenth Street N. W.
Washington, D. C. 20005

               Defendants

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

    Upon consideration of the motion filed by the Plaintiff with the Consent of the newly named Defendants and no opposition thereto it is hereby, Ordered that the amended Complaint is accepted and process shall issue forth with.

_____
Date

                _____
                   Judge, Superior Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HALL
5808 Blackhawk Drive.
Forest Heights, MD 20745

        Plaintiff,

        v.

CA No. 2005 CA 003993 B

J Paul's D. C. LLC
c/o Ari Karen atty
1156 Fifteenth Street, N. W
Washington, D. C. 20005

Suite 200

and

Capital Restaurant Concepts Ltd.
c/o Ari Karen
1156 Fifteenth Street N. W.
Washington, D. C. 20005

        Defendants

## AMENDED COMPLAINT

The Plaintiff Anthony Hall, by his attorney Robert J. Zakroff and Zakroff & Associates, P.C., brings this action against the Defendants J Paul's DC LLC and Capital Restaurant Concepts and as for his cause of action the Plaintiff states as follows:

### COUNT I
### (Assault and Battery)

1. That this court has jurisdiction of the within cause of action as all acts and omissions complained of herein occurred within the District of Columbia.

2. On October 9, 2004, the Plaintiff was patronizing one of the Defendants establishments, J. Paul's Restaurant at 3218 M Street, Washington, DC. While using the restroom, another patron falsely accused the Plaintiff of placing drinks on his tab and then proceeded to punch the Plaintiff in the face, knocking off his glasses, and tackled him. One of the Defendant's employees said, "Break it off," and then restrained the Plaintiff from behind. Assuming this was his attacker, the Plaintiff swung at the Defendant's employee who then forcefully ushered him out of the establishment, including down stairs. After exiting the restaurant, the Defendant's employee knocked the Plaintiff to the ground, subdued the Plaintiff's arms, and kneed him in his back. As a result, the Plaintiff suffered serious physical injuries requiring extensive treatment and therapy.

3. That after being restrained, the Defendant's employee forcefully ushered the Plaintiff out of the establishment, including down stairs which resulted in an injury to his ankle.

4. That after being ushered outside of the establishment, the Defendant's employee proceeded to knock the Plaintiff to the ground, subdue his arms with force, and kneed him in his back against the Plaintiff's will and without his consent.

5. That at all times relevant herein, the employee was acting as an employee, servant, or agent of the Defendants, , and was acting within the scope of his employment. Therefore, the Defendants are liable for the acts of its agent.

6. That as a direct and proximate result of the assault and battery by the Defendant's aforementioned conduct, the Plaintiff suffered serious physical injuries including but not limited to: his back, right ankle, right knee, arms, and neck.

7. That as a result of the aforementioned injuries, the Plaintiff incurred damages which include but not limited to the following: economic loss, loss of wages, medical expenses, and pain and suffering.

8. That the Plaintiff in no way contributed to the cause of this occurrence or assumed the risk of his injuries.

WHEREFORE, the Plaintiff, Anthony Hall, prays for judgment in his favor against the Defendant and that he be awarded compensatory damages in the amount of one-hundred thousand dollars ($100,000.00), plus interest and the costs of this suit, and any other relief the Court deems just and proper.

Respectfully submitted,

ZAKROFF & ASSOCIATES, P.C.

Robert Joel Zakroff
D.C. Bar: 163337
4337 Montgomery Avenue
Bethesda, Maryland 20814
(301) 986-5770
(301) 986-4119

## JURY DEMAND

The Plaintiff hereby requests a trial by jury on all matters herein.

Robert Joel Zakroff

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I caused a true and correct copy of the foregoing Notice of Removal to be served by first-class mail upon Counsel for Plaintiff:

>Robert Joel Zakroff, Esq.
>Zakroff & Associates, P.C.
>4337 Montgomery Avenue
>Bethesda, MD 20814

Trevor S. Blake