AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Anthony Hall

        Plaintiff(s)      )
                              )      **APPEARANCE**
                              )
                vs.                )      CASE NUMBER   05-2097(JGP)
J. Paul's D.C., LLC, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Kara M. Maciel** as counsel in this
(Attorney's Name)

case for: J. Paul's D.C., LLC and Capital Restaurant Concepts, Ltd.
(Name of party or parties)

November 2, 2005
Date

*(signature)*
Signature

Kara M. Maciel
Print Name

477363
BAR IDENTIFICATION

Krupin O'Brien LLC, 1156 Fifteenth Street, NW Suite 200
Address

Washington, DC 20005
City       State       Zip Code

(202) 530-0700
Phone Number