UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTHONY HALL**

                                          **Civil Action No. 05-02097(JGP)**

    **Plaintiff**

    v.

**J. PAUL'S D. C., ET AL.**

**JOINT SCHEDULING STATEMENT**

The parties by and through their respective counsel herby submit the following joint scheduling statement in response to the Court's Order of November 22, 2005.

**1. Plaintiff's brief statement of the case:**

    The Plaintiff was a business invitee of the Defendant's on October 9, 2004 when he was assaulted by the Defendant's agent at the Defendant's restaurant. He was thereafter thrown into the street by the Defendant's employee and continually beaten causing the Plaintiff to suffer injuries, incur medical bills and lose time from work.

**Defendant's brief statement of the case:**

**2. Pending Motions:**

    None

**3.Anticipated amendments:**

    None

**4. Whether case can be assigned to a magistrate?**

    Plaintiff has no objection

    Defendant objects

**5. Is there a realistic chance of settlement?**

    Plaintiff believes there is a realistic chance of settlement.

    Defendant would prefer to do ADR following close of discovery.

**6. Do parties believe that the case can benefit from ADR?**

    Plaintiff believes that the case can benefit from ADR.

Defendant

**7. Can case be resolved on Summary Judgment?**

Plaintiff does not believe that the case can be resolved on Summary Judgment.

Defendant

The parties request 120 days for discovery and dispositive motions be filed thirty days `

thereafter. Plaintiff asks 15 days to respond and Defendant requests 15 days for rebuttal.

**8. Can parties agree on exchange of information?**

Yes

**9. The Parties suggest the following dates for discovery.**

a.Close of Discovery: April 22, 2006

b.Plaintiff proposes to take two depositions

c.Defendant proposes to take one deposition.

d. The parties expect one set of interrogatories per side, 30 questions each.

**10. Date for exchange of 26(b)4**

The plaintiff will name his expert witness by February 22, 2006

`     The Defendant will name expert witnesses by March 22, 2006

Depositions except for de bene esse depositions will be taken by close of discovery.

**11. The trial should not be bifurcated.**

**12 Pretrial to be set for September , according to the Court's calendar.**

**13. The Court should not set a firm trial date until a later status hearing is convened.**

Respectfully submitted,

_/s/ Robert Joel Zakroff_____
Robert Joel Zakroff
4337 Montgomery Ave.
Bethesda, Md. 20814
301-986-5770
DC Bar  163337

**Certificate of Service**

I hereby certify that I mailed a copy of the above joint scheduling conference statement to Kara M. Maciel, this 12th day of December, 2005.

_/s/Robert Joel Zakroff_____
Robert Joel Zakroff