UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY HALL,

    Plaintiff,

v.                          Civil Action No. 05-02097 (JGP)

J. PAUL'S D.C. LLC, et. al.

    Defendants.

## SCHEDULING ORDER

The parties filed a **[#7] Status Report for Initial Scheduling Hearing** on December 12, 2005 wherein, *inter alia*, they jointly proposed a discovery schedule to the Court. Upon consideration of the [#7] joint statement, and for good cause shown, it is hereby

**ORDERED** that discovery shall begin as of the undersigned date of this Order; discovery shall close on April 22, 2006; the parties shall each be allotted a total of two depositions; the parties shall each be allotted a total of one set of interrogatories per side, 30 questions each. It is further

**ORDERED** that dispositive motions shall be filed on or before May 22, 2006; replies to dispositive motions shall be filed on or before June 6, 2006; rebuttals to replies to dispositive motions shall be filed on or before June 21, 2006. It is further

**ORDERED** that plaintiff shall name expert witnesses on or before February 22, 2006; defendant shall name expert witnesses on or before March 22, 2006; depositions for *de bene esse* depositions shall be taken by the close of discovery. And it is also hereby

**ORDERED** that the initial schedule conference set down for December 22, 2005 at 10:00

A.M. is hereby cancelled.

**Date: December 21, 2005**                                                              **JOHN GARRETT PENN**
                                                                                          **United States District Court**