IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony Hall | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2097(JGP) |
| | ) | |
| J. Paul's D.C. LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS

Defendants J. Paul's D.C., LLC and Capital Restaurant Concepts, Ltd. (collectively "Defendants"), by undersigned counsel and pursuant to Fed R. Civ. P. Rule 37, hereby move this Court to compel Plaintiff Anthony Hall to respond to interrogatories and to produce documents served on him by Defendants in a prompt and timely manner. In addition, Defendants request this Court sanction Plaintiff for his non-compliance with the discovery rules and award Defendants costs and attorneys' fees in filing this Motion.

The Court is respectfully referred to the attached Memorandum of Points and Authorities in support of this Motion. A proposed Order is also attached.

DATED: January 26, 2006

Respectfully submitted,

KRUPIN O'BRIEN LLC

/s/ _____

Ari Karen  (D.C. Bar No. 457189)
Kara M. Maciel (D.C. Bar No. 477363)
1156 Fifteenth Street, N.W
Washington, D.C.  20005
(202) 530-0700 (telephone)
(202) 530-0703 (facsimile)
Counsel for Defendants