IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hall,<br><br>      Plaintiff,<br><br>v.<br><br>J. Paul's D.C. LLC, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Case No. 05-2097(JGP)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Compel and for Sanctions and its Points and Authorities in Support Thereof, the Court finds that Defendants' Motion is well-taken and is GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff respond to Defendants' First Set of Interrogatories and First Request for Production of Documents by this ____ day of _____, 2006; and

IT IS, THEREFORE, ORDERED that Plaintiff reimburse Defendants their attorneys' fees and costs related to filing this Motion.

SO ORDERED.

This ____ day of _____, 2006

                                                                                       _____
                                                                                       Hon. John Garrett Penn
                                                                                       United States District Court Senior Judge