IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hall ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2097(JGP) |
| ) | |
| J. Paul's D.C. LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO PROSECUTE

Defendants J. Paul's D.C., LLC and Capital Restaurant Concepts, Ltd. (collectively "Defendants"), by undersigned counsel and pursuant to Fed R. Civ. P. Rule 41(b), hereby move this Court to dismiss with prejudice the Amended Complaint filed against them for the Plaintiff's failure to prosecute his claims.

The Court is respectfully referred to the attached Memorandum of Points and Authorities in support of this Motion. A proposed Order is also attached.

DATED: February 22, 2006

Respectfully submitted,

KRUPIN O'BRIEN LLC

/s/ _____

Ari Karen  (D.C. Bar No. 457189)
Kara M. Maciel (D.C. Bar No. 477363)
1156 Fifteenth Street, N.W
Washington, D.C.  20005
(202) 530-0700 (telephone)
(202) 530-0703 (facsimile)
Counsel for Defendants