# EXHIBIT A

## METROPOLITAN POLICE DEPARTMENT
### Washington, D. C.
### ARREST/PROSECUTION REPORT

P.D. 163 Rev. 5/2002     G.O. 401.5

| | |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NO (ID ONLY) | 2. ID NUMBER (ID ONLY) |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | 4. CID NUMBER |

**5. UNIT ARRD ST NO.** 020401887

| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | 7. DEA LAB NUMBER |
|---|---|
| Hall, Anthony Maurice | n/a |

**8. Arresting Officer's Name** Godin, Daniel H

| 9. TYPE OF RELEASE |
|---|
| ☐ CITATION / BOND |
| ☐ COLLATERAL |

**Rank** Ofc   **Badge #** 2851   **Agency** Mpdc

| 10. NICKNAME / ALIAS | 11. PHONE NUMBER |
|---|---|
| ▶ none | refused |

**12. COURT DATE** 10-09-04

| 13. RES (Include Room / Apt. No. City & State If Outside DC) | 14. TIME INTO.C. |
|---|---|
| ▶ 5808 Blackhawk Dr. Forest Heights, MD | 0 |

| 15. ☐ CHILD ABUSE  N/A ☐ GANG ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE   SPECIAL INTELLIGENCE | 16. SEX ▶ Male | 17. RACE ▶ Black | 18. BIRTHDATE ▶ 10/21/74 | 19. SOCIAL SECURITY NUMBER 216984794 |
|---|---|---|---|---|
| 20. NEED IDENTIFIER ☐ YES ☐ NO | 21. HEIGHT 5'11 | 22. WEIGHT 175 | 23. HAIR BLK | 24. EYES BRO | 25. COMPLEX Dark | 26.26 NAME HOST MD | 27. UNIT PLACE (City & State) DC |
| 28. CO-DEFENDANTS: Number (If more than 3, list on back) NAME, ADDRESS, ZIP CODE AND PHONE NUMBER R | 29. IMPERSONATOR? ☐ M ☐ L ☐ NO | 30. ETHNICITY N/A | 31. CAUTION N/A |
| 2. | 32. SCARS/MARKS/TATTOOS RT ARM | | |
| | 33. HAT NONE | 34. JACKET NONE | 35. PANTS BLK |
| 3. | 36. COAT NONE | 37. SHIRT BLK | 38. SKIRT/DRESS NONE |

| 39. CHECK MADE BY (Name) Payne, W | NCIC NUMBER | WARRANT ON FILE (If Yes, enter Warrant Numbers) Yes ☐ No ☑ |
|---|---|---|

| 40. LOCATION OF OFFENSE: (Exact Address, include Room / Apt No.) ▶ 3218 M St. NW | DATE OF OFFENSE ▶ 10-09-04 | TIME OF OFFENSE ▶ 0240 |
|---|---|---|
| 40. LOCATION OF ARREST: (Exact Address, include Room / Apt No.) ▶ 3218 M St. NW | DATE OF ARREST ▶ 10-09-04 | TIME OF ARREST ▶ 0245 |

| 42. ASSISTING OFFICERS NAME, RANK, BADGE NO. & UNIT OR AGENCY ▶ | ASSISTING OFFICERS NAME, RANK, BADGE NO. & UNIT OR AGENCY ▶ |
|---|---|

| DATE 10/9/2004 | TIME 0339 | LOCATION 2D | 43. DEFENDANT ADVISED OF RIGHTS OFFICERS NAME – ADVISING / COMPLETING PD FORM 47/47A Godin, Daniel H | BADGE NO. 2851 | UNIT 2D |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES** (If sworn member – Name, Rank, Badge No. and Unit)   MORE ☐   See Back

| NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|
| W-1 ████████ | ████████ | ████ | ████ | ████ |
| W-2 ████████ | ████████ | | | |

| 45. SPEC. OPS None | 46. TACTICS 2 - Radio Run | 47. PREMISES 16 - Restaurant | 48. ☐ SCHOOL ZONE ☐ PUBLIC HOUSING |
|---|---|---|---|

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLAT/BOND RECEIPT NO |
|---|---|---|---|---|
| 1. Unlawful Entry | | 139-452 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|---|
| PROPERTY BOOK/PAGE NO. none | CCN/C NO. | | |
| | | 52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | |

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

**COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK**

| 55. EMPLOYMENT HISTORY (If not present employment if any, on L. | | | | | |
|---|---|---|---|---|---|
| FROM -DATE -TO | EMPLOYER | | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. Present | refused | | | | |
| 2. | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | | |
|---|---|---|---|---|---|
| RELATIONSHIP | DOMAGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER | |
| | | refused | | | |
| | | | | | |
| | | | | | |

| 57. MILITARY SERVICE - BRANCH/DATE FROM - TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| none | ☐ YES ☒ NO ☐ REFUSED | none |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 76A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in item 31)

The event occurred on 10-09-04 at approximately 0240 at 3218 M St, NW in Washington DC.

I was assigned to PSA 206 as 2062 and received a radio run to respond to 3218 M St, NW, for a fight at the location. Once on scene I met with W-2 who advised me that D-1 had been causing a disturbance inside and was involved in a fight while inside. W-2 who is an employee of JPaul's restaurant told D-1 to leave the location after D-1 was involved in the fight. D-1 refused to cooperate with W-2 and refused to leave. D-1 left the location and came back approximately five minutes later, an employee of the establishment then called 911 for police assistance. D-1 was in front of the location when I arrived on scene, D-1 appeared to be heavily intoxicated. D-1 was in MPD presence and was still causing a disturbance in front of the location. W-1 who is the manager of JPaul's advised me that D-1 is not to come back inside of the location. I advised D-1 that W-1 is barring him from 3218 M St, NW, and that if he came back inside he would be placed under arrest. D-1 began to use profanity towards me and the other officers on scene and then left with the assistance with a female that he was with.

At approximately 0240 hours I was driving by the location and was flagged down by a male subject that advised me that D-1 was back inside. I observed D-1 inside of the location and then placed D-1 under arrest.

D-1 was identified as Anthony Hall, by a Maryland permit.

D-1 was transported to the Second District by Ofc. Godin.

D-1 was placed under arrest for Unlawful entry.

**61. DEFENDANT'S VERSION / REMARKS:** What did defendant say about the offense or his/her whereabouts at the time of offense?
(Use PD 118 for defendant's written statement.)

| 62. RECORD CLERK'S NAME | 3. | 6. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| Payne, W | | | |
| ARREST RECORD SUMMARY | 4. | 6. | 1113-33 |
| 1. | 2. | | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☒ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME - OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| Daniel H Godin | 2851 | Ofc | | DATE 10/9/04 |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT 2D | DATE 10/9/2004 | UNIT 2D | |

# Metropolitan Police Department
## Ident-Based Event Report
Washington, D.C.

2851

### PART I - CLASSIFICATION OF EVENT

**1 TYPE OF REPORT**
- Offense
- Incident

**FILL IN THE OVALS COMPLETELY**
Right Mark ●
Wrong Marks: ⊘ ⊗ ⊙

**2 DATE AND TIME OF EVENT**
Start Date: 09 04 02 05
Start Time: 09 04 02 50
End Date / End Time

**3 DATE OF REPORT** 09 04 03 33

**4 TIME OF REPORT**

**5/6/7 DISTRICT / SECTOR / BEAT** 206 2 139

**8 COMPLAINT NUMBER** 452

**9 EVENT LOCATION ADDRESS**
3218 M St nw
(Jpavis)
NW Corner

**10 REPORT RECEIVED BY** On-scene, Radio run

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes / No

**12 PROPERTY TYPE** Public / Private

**13 EVENT NO. 1** Unlawful Entry
**14 EVENT NO. 2**
**15 EVENT NO. 3**

**16 FORCED ENTRY** Yes / No
**17 POINT OF ENTRY** Front
**18 a. Method Used** N/A   **b. Tools Used** N/A

**19 WEATHER CONDITIONS** Clear

**20 SUSPECTED HATE CRIME?** None

**21 SECURITY SYSTEM**

**22 LOCATION TYPE** Restaurant

**23 DESIGNATED AREAS** In public

### PART II - VICTIM INFORMATION

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**
Jpavis Inc.

**26 VICTIM TYPE** Business

**27 DATE OF BIRTH** N/A
**28 AGE RANGE** N/A
**29 SEX** N/A
**30 HOME PHONE** N/A
**31 BUSINESS PHONE** (202)333-9450

**32 RACE/ETHNICITY** N/A

**33 HOME ADDRESS** N/A

**34 BUSINESS ADDRESS/SCHOOL** 3218 M St nw

**35 OCCUPATION** N/A
**36 IS EVENT RELATED TO OCCUPATION?** No
**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1** N/A

**52 STATUS** Closed by arrest, attach PD-252

PD-251  4/99    Printed in U.S.A.    PAGE 1

**55** IS VICTIM #1 THE REPORTING PERSON?    ○ Yes  ● No
ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.

Name: ~~█████~~
Address: ~~█████~~
Phone-Area Code ~~█████~~

**56** DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?   ○ Yes  ○ No  *N/A*

**56A** WAS PD FORM 379 ISSUED?   *N/A*

**57** IS CPO/TPO OUTSTANDING?   *N/A*    IF YES, ENTER CPO/TPO

**58** INJURIES    Use the following codes to describe injuries. (Mark all that apply)    *none*

N – None Visible
M – Apparent Minor Injury
B – Apparent Broken Bones
O – Other Major Injury
I – Possible Internal Injury
G – Gunshot
L – Severe Laceration
T – Loss of Tooth
U – Unconscious

DESCRIBE INJURY | WHERE TAKEN | BY WHOM | OFC# AMT.

| INJURED | NUMBER | INJURY CODE |
|---|---|---|
| ○ Victim | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Suspect | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Victim | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Suspect | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Victim | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Suspect | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Victim | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |
| ○ Suspect | (1)(2)(3)(4)(5) | N(M)(B)(O)(I)(G)(L)(T)(U) |

OFC# AMT.
○ Yes ○ No
○ Yes ○ No
○ Yes ○ No
○ Yes ○ No

**PART III • PROPERTY**

**59** Codes    *N/A*

S – Stolen
E – Evidence
H – Recovered
F – Found
I – Impounded
V – Vehicle from which theft occurred
D – Alleged drug type
L – Lost
P – Suspected proceeds of crime
O – Other

a. Property Book & Page No.
b. Location of Property Book

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**60 VEHICLE INFORMATION**    *N/A*    Vehicle operated/used by: ○ Victim  ○ Suspect  ○ Victim's vehicle taken by suspect

Year | Make | Model | Color | Body | Tag No./State/Year | VIN

**PART IV • SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)**

**#1**
● Suspect  ○ Missing

a. Race: ○ Asian  ○ White  ● Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
b. Sex: ● Male  ○ Female  ○ Unknown
c. Exact Age or Range: 10-21-74
d. Height: 5'11
e. Weight: 175
f. Eyes: BR
g. Hair: B/K

h. Complexion: D   i. Scars: none   j. Mustache   k. Facial Hair   l. Hat   m. Coat/Jacket   n. Pants: BLK   o. Blouse/Shirt: BLK
p. Perpetrator Suspected of Using: ● Alcohol  ○ Computer  ○ Drugs  ○ N/A

Firearm:
○ Handgun  ○ Shotgun  ○ Other firearm
○ Revolver  ○ Semi-automatic
○ Rifle  ○ Automatic

q. Weapons Used in Offense (Mark all that apply)
Other:
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ● None
○ Motor vehicle  ○ Unknown

Color | Make | Model | Caliber

**#2**
○ Suspect  ○ Missing

a. Race: ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
b. Sex: ○ Male  ○ Female  ○ Unknown
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair

h. Complexion   i. Scars   j. Mustache   k. Facial Hair   l. Hat   m. Coat/Jacket   n. Pants   o. Blouse/Shirt
p. Perpetrator Suspected of Using: ○ Alcohol  ○ Computer  ○ Drugs  ○ N/A

Firearm:
○ Handgun  ○ Shotgun  ○ Other firearm
○ Revolver  ○ Semi-automatic
○ Rifle  ○ Automatic

q. Weapons Used in Offense (Mark all that apply)
Other:
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ○ None
○ Motor vehicle  ○ Unknown

Color | Make | Model | Caliber

**#3**
○ Suspect  ○ Missing

a. Race: ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
b. Sex: ○ Male  ○ Female  ○ Unknown
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair

h. Complexion   i. Scars   j. Mustache   k. Facial Hair   l. Hat   m. Coat/Jacket   n. Pants   o. Blouse/Shirt
p. Perpetrator Suspected of Using: ○ Alcohol  ○ Computer  ○ Drugs  ○ N/A

Firearm:
○ Handgun  ○ Shotgun  ○ Other firearm
○ Revolver  ○ Semi-automatic
○ Rifle  ○ Automatic

q. Weapons Used in Offense (Mark all that apply)
Other:
○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)
○ Blunt object  ○ None

Color | Make | Model | Caliber

## PART V - MISSING PERSONS

| 64 PROBABLE CAUSE OF ABSENCE AND ( )ATION | 65 COMPLAINT NUMBER |
|---|---|
| | 13999 |

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION | 68 CLASSIFIED BY: |
|---|---|---|
| | ( ) Critical  ( ) Non-critical | |

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
|---|---|---|

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

The offense occurred on 10-09-04 at approximately 0240 hours, inside of 3218 M St NW (Jpauis) R-1 (manager of Jpauis) and an other employee report that S-1 was inside of the location and was involved in a fight and was causing a disturbance. S-1 was advised to leave the location, S-1 refused. MPD units responded and S-1 was barred from the location. At approximately 0240 hours S-1 came back to the location and entered the premises. S-1 placed under arrest inside of 3218 M St, nw.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | 79 TELETYP |
|---|---|---|---|

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT 2 | 81 OTHER POLICE AGENCY | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEM 20 |
|---|---|---|---|---|---|---|
| BADGE NUMBER | | USCP / USSS / METRO TRANSIT / OTHER | BADGE NUMBER | | BADGE NUMBER | |

PAGE:

**SUPPLEMENT REPORT**

Metropolitan Department, Washington, D.C.

☐ Classification Change    ☒ Additional Information

CCN: 139452

Event: 10.09.04

Location: 3218 M St NW

Complainant: JPaul's Rest.

Suspect: See 22

**SOLVABILITY FACTORS**

CASE Closed

**22. NARRATIVE:**

CASE Closed w/Arrest of Hall, Anthony Maurice 5808 Blackhawk Dr. Forest Hgts. MD B/male 10.21.74 020481857 SSn 216984794 (Arrest Unlawful Entry.)

**STATUS:** ☒ CLOSED