# EXHIBIT B

# KRUPIN O'BRIEN LLC

ATTORNEYS AT LAW

ARI KAREN
(202) 467-2479
AXK@KRUPINOBRIEN.COM

1156 FIFTEENTH STREET, NW
SUITE 200
WASHINGTON, D.C. 20005

T: (202) 530-0700
F: (202) 530-0703
WWW.KRUPINOBRIEN.COM

January 10, 2006

**VIA FACSIMILE**

Robert Zakroff
Attorney at Law
4337 Montgomery Avenue
Bethesda, MD 20814

      Re:    Anthony Hall vs. J. Paul's D.C. LLC, et al
               Case No.: 05-2097(JGP)

Dear Mr. Zakroff:

      Per my voicemail and email yesterday, we have not received your responses to discovery requests, nor did we receive any request for extension. Defendants' First Request for Production of Documents to Plaintiff and Defendant's First Set of Interrogatories to Plaintiff were served upon you at your office address on December 5, 2005. Given that you wholly failed to respond within the allotted time, it is our position that any objections you could have raised are now waived. Please submit complete answers to our discovery requests by Friday of this week. If we fail to receive your responses we will be forced to move to compel your answers and seek sanctions.

                                   Sincerely,

                                   Ari Karen