IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hall ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2097(JGP) |
| ) | |
| J. Paul's D.C. LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss and its Points and Authorities in Support Thereof, the Court finds that Defendants' Motion is well-taken and is GRANTED.

IT IS, THEREFORE, ORDERED that Amended Complaint filed against the Defendants' is DISMISSED with prejudice and the Defendants are awarded their costs and attorneys' fees expended in filing their Motion.

SO ORDERED.

This _____ day of _____, 2006

_____
Hon. John Garrett Penn
United States District Court Senior Judge