IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony Hall | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  05-2097(JGP) |
| | ) | |
| J. Paul's D.C. LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants J. Paul's D.C., LLC and Capital Restaurant Concepts, Ltd. (collectively "Defendants"), by undersigned counsel, hereby move for an Order from this Court to stay the discovery schedule until a reasonable time following the Court's ruling on Defendants' Motion to Dismiss for Failure to Prosecute, which is currently pending before the Court, and in support of such motion state as follows:

1. On June 16, 2005, Plaintiff Anthony Hall filed this action in the Superior Court for the District of Columbia. On October 21, 2005, after being advised that Plaintiff had misnamed the proper corporate party, Plaintiff filed his Amended Complaint naming Defendants in this action. October 26, 2005, Defendants timely removed the action to this Court.

2. On December 21, 2005, this Court entered its Scheduling Order setting forth the discovery deadlines in this case. Specifically, the Court ordered that discovery shall close on April 22, 2006.

3. On January 26, 2006, Defendants filed a Motion to Compel Discovery Responses due to the fact that Plaintiff had wholly failed to respond to Defendants' requests for

interrogatories or requests for production of documents. Plaintiff failed to oppose Defendants' Motion to Compel, and the Motion remains pending before this Court.

4. Having received no response from Plaintiff on Defendants' Motion to Compel, Defendants filed a Motion to Dismiss for Failure to Prosecute on February 22, 2006. Again, Plaintiff never opposed or otherwise responded to Defendants' Motion to Dismiss, and the Motion remains pending before this Court.

5. To date, Plaintiff has not communicated with or responded to any of Defendants' attempts to obtain discovery in this matter. Plaintiff has not responded to Defendants' interrogatories or requests for production of documents. Without discovery from Plaintiff, Defendants have not noticed any depositions of Plaintiff or any third party witnesses. Under the current Scheduling Order, discovery is set to close this week on April 22, 2006.

6. Accordingly, Defendants respectfully request that this Court stay discovery until a reasonable time following the Court's ruling on Defendants' Motion to Dismiss and/or Defendants' Motion to Compel, and adjust all other scheduling dates accordingly, including the deadline for submission of dispositive motions and a written pretrial order.

7. Granting this Motion will not prejudice any party to this case, and is supported by good cause.

WHEREFORE, Defendants respectfully request that the Court enter an order staying discovery until a reasonable time following the Court's ruling on Defendants' pending motions, and adjusting all other scheduling dates accordingly.

DATED: April 19, 2006

        Respectfully submitted,
        KRUPIN O'BRIEN LLC
        /s/ _____
        Ari Karen (D.C. Bar No. 457189)
        Kara M. Maciel (D.C. Bar No. 477363)
        1156 Fifteenth Street, N.W
        Washington, D.C. 20005
        (202) 530-0700 (telephone)
        (202) 530-0703 (facsimile)
        Counsel for Defendants