**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Hall )<br>　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>J. Paul's D.C. LLC, et al. 　　　　)<br>　　　　　　　　　　　　　)<br>　　　Defendants. 　　　　　　)<br>_____) | Case No.  05-2097(JGP) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay Discovery, the Court finds that Defendants' Motion is well-taken and is GRANTED.

IT IS, THEREFORE, ORDERED that discovery is stayed until further notice.

SO ORDERED.

This _____ day of _____, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. John Garrett Penn
　　　　　　　　　　　　　　　　　　United States District Court Senior Judge