### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

ANTHONY HALL,

       **Plaintiff,**

       **v.**                 **Civil Action No. 05-02097 (JGP)**

J. PAUL'S D.C. LLC, et. al.

       **Defendants.**

### ORDER

This matter is before the Court on **Defendants' Motion to Dismiss Amended Complaint for Failure to Prosecute [#10]** ("Def.'s Mot."), which was filed on February 22, 2006.  Therein, defendants "move[d] this Court to dismiss with prejudice the Amended Complaint filed against them for the Plaintiff's failure to prosecute his claims . . . ." Def.'s Mot. at 1.  Within their accompanying Memorandum in Support of Their Motion to Dismiss Amended Complaint for Failure to Prosecute ("Def.'s Memo"), defendants claimed the following:

> [S]ince this case was removed to this Court, on October 26, 2005, Plaintiff has done almost nothing in furtherance of his case. For instance, at the outset of this case, counsel for Plaintiff never circulated the draft Joint Statement and Discovery Plan to Defendants. To comply with this Court's November 22, 2005 Order in a timely manner, Defendants filed and served the Defendants' Statement and Discovery Plan setting forth their positions on the matters raised in the Order.
>
> Moreover, Defendants served written discovery on Plaintiff, including a First Set of Interrogatories and First Request for Production of Documents, on December 5, 2005. Plaintiff wholly failed and/or refused to provide any objections or responses to this discovery, despite reminders from Defendants' counsel and in direct contravention of this Court's Local Rules. Plaintiff failed to provide any responses, request for extension, or mere acknowledgement [sic] of Defendants' attempts at communication regarding Plaintiff's

discovery obligations. After the responses were overdue, Defendants contacted Plaintiff by letter in an effort to resolve the delinquency. *See* letter dated January 10, 2006 attached hereto as Exhibit B. Plaintiff again failed and/or refused to contact Defendants regarding the outstanding discovery or in any manner respond; therefore, Defendants were forced to file a Motion to Compel discovery responses on January 26, 2006. To date, Plaintiff has, unsurprisingly, failed to respond to Defendants' discovery requests, failed to attempt any communication with Defendants' counsel, failed to respond to the Motion to Compel, and failed to provide any acknowledgement [sic] of Plaintiff's continued desire to participate in this litigation.

Def.'s Memo at 2. The plaintiff failed to respond to the instant Motion and the Motion to Compel discovery.

Local Civil Rule 7(b) provides that a Motion can be deemed conceded "[w]ithin 11 days of the date of service or at such other time as the Court may direct" when "an opposing party [has failed to] serve and file a memorandum of points and authorities in opposition to the motion." LCvR7(b). Accordingly, and because plaintiff has not opposed the Motion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Amended Complaint for Failure to Prosecute [#10] is **GRANTED**. And it is further

**ORDERED** that the Amended Complaint shall be **DISMISSED**.

**Date: June 2, 2006**                                              **JOHN GARRETT PENN**
                                                                    **United States District Judge**